**Electronically Filed
Supreme Court
SCWC-21-0000669
12-DEC-2025
02:26 PM
Dkt. 78 OAWST**

SCWC-21-0000669

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PL III, LLC, a Hawaii limited liability company,
ARICK B. YANAGIHARA, and MICHAEL H. NEKOBA,
Petitioners and Respondents/Plaintiffs/
Counterclaim Defendants-Appellants,

and

WILLIAM G. BOYLE and ANITA MATSUZAKI,
Respondents/Plaintiffs-Appellants,

vs.

PUU LANI RANCH CORP., a Hawaii Corporation,
Respondent/Defendant/Counterclaimant-Appellee,

and

F. NEWELL BOHNETT, as Trustee under that certain unrecorded
Revocable Living Trust Agreement dated July 29, 1981,
Made by F. Newell Bohnett, as Settlor, and F. NEWELL BOHNETT,
in his individual capacity,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000669; CASE NO. 3CC11100433K)

<u>ORDER APPROVING STIPULATION TO DISMISS APPEAL</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Somerville, in place of
Recktenwald, C.J., recused)

Upon consideration of the Stipulation for Dismissal

filed on December 11, 2025, and the record herein,

IT IS HEREBY ORDERED that the Stipulation for

Dismissal is approved and the appeal is dismissed.  The parties

agree that each shall bear their own attorneys' fees and costs

incurred in this appeal.

DATED:  Honolulu, Hawaiʻi, December 12, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Rowena A. Somerville